Jan 2 2008

Dear Clerk,

This a Five dollar filing fee
for Artel Hopkins in a federal
habeas Corpus which was sent
Separately.

Thank you
Shari Harris
27981 Willow Lane
Millsboro De 19966

Receipt # 150124



FILED

JAN - 0 3 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned



Shane Norris
3981 Wilsonlane WILMINGTON DE 197
Wilmington De 19806 02 JAN 2008 PM 3 T

Clerk
Us District Court
Lox Box 18
844 N King St
Wilmington De 19801