D.I. #_____

# CIVIL ACTION
# NUMBER: _____08-06 SLR_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.60 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.40 |

Sent To: Warden Michael Deloy, S.C.I.
Street, Apt. No.; or PO Box No.: Route 113
City, State, ZIP+4: Georgetown, DE 19947

PS Form 3800, June 2002          See Reverse for Instructions

7005 1820 0004 3169 5834

D.I. # _____

# CIVIL ACTION
# NUMBER: _____ 08-06 SLR _____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

| U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT | |
|---|---|
| (Domestic Mail Only; No Insurance Coverage Provided) | |
| For delivery information visit our website at www.usps.com® | |
| OFFICIAL USE | |
| Postage $ | 460 |
| Certified Fee | 265 |
| Return Receipt Fee (Endorsement Required) | 215 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees $ | 940 |

7007 2680 0003 3006 5935

Sent To: LOREN MEYERS
Street, Apt. No.; or PO Box No.: DEPUTY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE
City, State, ZIP+4: 820 N. FRENCH STREET

PS Form 3800, August 2006    See Reverse for Instructions