D.I. #_____

# CIVIL ACTION
# NUMBER: _____ 08-06 SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service** ™
**CERTIFIED MAIL** ™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 460 |
| Certified Fee | 265 |
| Return Receipt Fee (Endorsement Required) | 215 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 940 |

Postmark Here

Sent To Warden Mike DeLoy, SCI
Street, Apt. No.; or PO Box No. P.O. Box 500
City, State, ZIP+4 Georgetown DE 19947

PS Form 3800, August 2006          See Reverse for Instructions

7007 0220 0002 3321 7531