United States District Court
For the District of Delaware



Acknowledgement of Service Form
For Service By Return Receipt

Civil Action No. _08CV06-SLR_

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name) _William Wise_  C. Date of Delivery _3/17/08_ |
| 1. Article Addressed to:<br><br>Warden Mike DeLoy<br>Sussex Correctional Institution<br>P.O. Box 500<br>Georgetown, DE 19947 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 3020 0002 3321 7531 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |