IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **ARTEL HOPKINS**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 08-06-SLR |
| | : | |
| **MICHAEL DELOY**, Warden, and | : | |
| **JOSEPH R. BIDEN, III**, Attorney | : | |
| General of the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

    a. Appellant's Opening Brief & Appendix (No. 540, 2004)

    b. Appellant's Amended Opening Brief (No. 540, 2004)

    c. State's Answering Brief (No. 540, 2004)

    d. Appellant's Reply Brief (No. 540, 2004)

    d. Opinion (March 2, 2006) (No. 540, 2004)

    e. Appellant's Opening Brief & Appendix (No. 250, 2007)

    f. State's Motion to Affirm (No. 250, 2007)

    g. Order (November 15, 2007) (No. 250, 2007).

    2.  Notice is also hereby given that a certified copy of the Delaware Superior Court Criminal Docket in case ID No. 0402002032 has also been manually filed with the Court and is available in paper form only:

|  |  |
|---|---|
| | /s/ Elizabeth R. McFarlan |
| | Deputy Attorney General (Del. Bar. ID #. 3759) |
| | Department of Justice |
| | 820 N. French Street |
| | Wilmington, DE 19801 |
| | (302) 577-8500 |
| May 9, 2008 | elizabeth.mcfarlan@state.de.us |

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 9, 2008, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF. I also hereby certify that on May 9, 2008, I have mailed by United States Service, two copies of the same document and one copy of the documents referenced therein to the following non-registered participant:

    Artel Hopkins
    SBI No. 254263
    Sussex Correctional Institution
    P.O. Box 500
    Georgetown, DE 19947

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us